IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02102-REB-MJW

DOUGLAS A. KOPPS,

Plaintiff(s),

v.

EMILE J. GEISENHEIMER, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Extension of Time to File Responsive Pleading, DN 8, filed with the Court on October 22, 2008, is GRANTED up to and including November 21, 2008.

Date: October 27, 2008