IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-CV-2102-REB-MJW

DOUGLAS A. KOPPS, derivatively on behalf of Nominal Defendant The Spectranetics Corporation,

Plaintiff,

v.

EMILE J. GEISENHEIMER, ET AL,

Defendants,

And

THE SPECTRANETICS CORPORATION,

Nominal Defendant.

[PROPOSED] ORDER RE UNOPPOSED MOTION TO STAY PENDING THE MOTIONS TO DISMISS IN THE RELATED SECURITIES CLASS ACTIONS AND TO VACATE THE SCHEDULING/PLANNING CONFERENCE (Docket No. 17)

The Court has considered Nominal Defendant The Spectranetics Corporation's Unopposed Motion to Stay Pending The Motions To Dismiss in the Related Securities Class Actions and to Vacate the Scheduling/Planning Conference and good cause appearing therefore rules that to promote the efficient and orderly administration of justice:

a) This case, Kopps v. Geisinheimer, Case No. 08-2102-REB-MJP, (including all discovery) shall be stayed until after the court rules on the expected motion to dismiss any consolidated Complaint in the Securities Class Actions.

b) The case styled as Kiama v. Schulte, Case No. 08-2467-PAB, (including all discovery) shall be stayed until after the court rules on the expected motion to dismiss any consolidated Complaint in the Securities Class Actions.

c) The Scheduling/Planning Conference scheduled for December 4, 2008 is vacated.

d) Within 7 days after the Court rules on the expected motion to dismiss any Consolidated Complaint in the Securities Class Actions, the parties shall meet and confer and submit a proposed scheduling order governing further proceedings in the Kopps and Kiama cases.

e) The parties shall file a status report with the court by February 27, 2009.

ENTERED this 24th day of November, 2008.

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO