# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-02102-REB-MJW

DOUGLAS A. KOPPS, derivatively on behalf of Nominal Defendant the Spectranetics Corporation,

    Plaintiff,

v.

EMILE J. GEISENHEIMER,
DAVID G. BLACKBURN,
R. JOHN FLETCHER,
MARTIN T. HART,
JOSEPH M. RUGGIO, M.D.,
JOHN G. SCHULTE, and
CRAIG M. WALKER, M.D.,

    Defendants.

and

THE SPECTRANETICS CORPORATION,

    Nominal Defendant.

---

Civil Action No. 08-cv-02467-PAB-CBS

PETER Y. KIAMA, Derivatively on behalf of Nominal Defendant The Spectranetics Corporation,

    Plaintiff,

v.

JOHN SCHULTE,
R. JOHN FLETCHER,
EMILE GEISENHEIMER,
MARTIN HART,
JOSEPH RUGGIO, M.D.,
DAVID BLACKBURN,
CRAIG WALKER, M.D., and
GUY CHILDS,

Defendants,

and

THE SPECTRANETICS CORPORATION,

Nominal Defendant.

**ORDER CONSOLIDATING ACTIONS AND
APPOINTING CASE MANAGEMENT STRUCTURE**

**Blackburn, J.**

The matter before me is **Plaintiff Kopp's Unopposed Motion to Consolidate Derivative Actions and Appoint a Leadership Structure** [#16] filed November 20, 2008. Plaintiff, Douglas A. Kopps, seeks to consolidate Civil Action No. 08-cv-02467-PAB-CBS with Civil Action No. 08-cv-02102-REB-MJW. The motion is unopposed, well taken, and granted.

Both Civil Action No. 08-cv-02102-REB-MJW and Civil Action 08-cv-02467-PAB-CBS concern two (2) pending shareholder derivative actions involving The Spectranetics Corporation. Under FED.R.CIV.P. 42(a), the court may consolidate cases involving common questions of law or fact. Common questions of law and fact are predominant in the two above-captioned cases.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff Kopp's Unopposed Motion to Consolidate Derivative Actions and Appoint a Leadership Structure** [#16] filed November 20, 2008, is **GRANTED** consistent with the following orders;

2. That under FED.R.CIV.P. 42(a)(2) and D.C.COLO.LCivR 42.1, Civil Action

No. 08-cv-02467-PAB-CBS is **CONSOLIDATED** with Civil Action No. 08-cv-02102-REB-MJW for all purposes;

3. That under D.C.COLO.LCivR 42.1, Civil Action No. 08-cv-02467-REB-CBS **IS REASSIGNED** to Magistrate Judge Watanabe;

4. That the two consolidated actions **SHALL** be captioned as follows:

Civil Action No. 08-cv-02102-REB-MJW
(Consolidated with Civil Action No. 08-cv-02467-REB-MJW)

DOUGLAS A. KOPPS, derivatively on behalf of Nominal Defendant the Spectranetics Corporation,

    Plaintiff,

v.

EMILE J. GEISENHEIMER,
DAVID G. BLACKBURN,
R. JOHN FLETCHER,
MARTIN T. HART,
JOSEPH M. RUGGIO, M.D.,
JOHN G. SCHULTE, and
CRAIG M. WALKER, M.D.,

    Defendants.

and

THE SPECTRANETICS CORPORATION,

    Nominal Defendant;

5. That Federman & Sherwood is **APPOINTED** as lead counsel for the consolidated derivative actions, and Bader & Associates is **APPOINTED** as liaison counsel for the consolidated derivative actions;

6. That lead counsel **SHALL HAVE** the authority to speak for plaintiffs in all

matters regarding pretrial and trial procedure, discovery and settlement negotiations; and

7. That lead counsel **SHALL BE RESPONSIBLE** for coordination of all activities and appearances on behalf of plaintiffs, and for the dissemination of notices and orders of the court; provided, furthermore, that no paper, motion, request for discovery or other pretrial proceedings **SHALL BE INITIATED OR FILED** by plaintiffs, except at the direction of lead counsel.

Dated November 24, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**