IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02102-REB-MJW
(As consolidated with Civil Action No. 08-cv-02467-REB-MJW
and 09-cv-00161-PAB-MJW)

DOUGLAS A. KOPP, derivatively on behalf of Nominal Defendant
The Spectranetics Corporation,

Plaintiff(s),

v.

EMILE J. GEISENHEIMER,
DAVID G. BLACKBURN,
R. JOHN FLETCHER,
MARTIN T. HART,
JOSEPH M. RUGGIO, M.D.,
JOHN G. SCHULTE, and,
CRAIG M. WALKER, M.D.,

Defendants,

and,

THE SPECTRANETICS CORPORATION,

Nominal Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the Joint Motion for Entry of Scheduling Order, DN 60, filed with the Court on July 29, 2010, is GRANTED. The Status Conference set on August 2, 2010, at 10:30 a.m., is VACATED.

    It is FURTHER ORDERED that the parties shall submit their motions for preliminary approval of the proposed settlement of this action on or before September 17, 2010.

Date: July 30, 2010