**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 08-cv-02102-REB-MJW
(Consolidated with Civil Action No. 08-cv-02467-REB-MJW, 09-cv-00161-REB-MJW)

DOUGLAS A. KOPP, derivatively on behalf of Nominal Defendant the Spectranetics Corporation,

    Plaintiff,

v.

EMILE J. GEISENHEIMER,
DAVID G. BLACKBURN,
R. JOHN FLETCHER,
MARTIN T. HART,
JOSEPH M. RUGGIO, M.D.,
JOHN G. SCHULTE, and
CRAIG M. WALKER, M.D.,

    Defendants.

and

THE SPECTRANETICS CORPORATION,

    Nominal Defendant.

**MINUTE ORDER**[1]

The following matters are before the court for consideration: (1) the **Joint Motion Requesting Status or Scheduling Conference** [#64] filed December 3, 2010; and (2) the **Joint Amended Motion Requesting Status or Scheduling Conference** [#65] filed December 6, 2010.  Both motions are **DENIED** as moot.

    Dated:  April 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.